**Fill in this information to identify your case and this filing:**

Debtor 1    ELIZABETH                              THOMAS
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name        Last Name

United States Bankruptcy Court for the:  Southern District of New York

Case number    25-11431

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1. **8202 TERRA VALLEY LANE**
     Street address, if available, or other description

     TOMBALL          TX    77375
     City             State  ZIP Code

     HARRIS
     County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**
$    495,782.00        $    495,782.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. _____
     Street address, if available, or other description

     _____

     _____
     City             State  ZIP Code

     _____
     County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**
$ _____        $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

Debtor 1    ELIZABETH          THOMAS                      Case number *(if known)* 25-11431
          First Name    Middle Name    Last Name

---

1.3. _____
     Street address, if available, or other description

     _____

     _____

     _____  _____  _____
     City          State       ZIP Code

     _____
     County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ➔  $  495,782.00

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1. Make:                HYUNDAI

     Model:               ACCENT

     Year:                2014

     Approximate mileage: 53,789

     Other information:
     [_____]

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$  4,811.00     $  4,811.00

---

If you own or have more than one, describe here:

3.2. Make:                _____

     Model:               _____

     Year:                _____

     Approximate mileage: _____

     Other information:
     [_____]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

---

Debtor 1    ELIZABETH                        THOMAS                    Case number *(if known)*   25-11431
             First Name      Middle Name          Last Name

3.3.    Make:            _____

        Model:           _____

        Year:            _____

        Approximate mileage:   _____

        Other information:

        _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

3.4.    Make:            _____

        Model:           _____

        Year:            _____

        Approximate mileage:   _____

        Other information:

        _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☒ No
    ☐ Yes

4.1.    Make:    _____

        Model:   _____

        Year:    _____

        Other information:

        _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

If you own or have more than one, list here:

4.2.    Make:    _____

        Model:   _____

        Year:    _____

        Other information:

        _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................➔

| |
|---|
| $          4,811.00 |

Debtor 1    ELIZABETH                         THOMAS                          Case number *(if known)*   25-11431
            First Name    Middle Name    Last Name

---

| **Part 3:** | **Describe Your Personal and Household Items** |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe.........  | 4 bedroom sets 10 Linens set, 1 washer, 1 dryer, pot sets, knife sets, stove, | $ 9,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..........  | 422 TV., 1 radio, 1 computer, 1 laptop, printer, cell phone, sound system video | $ 3,500.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe..........  | sliver and gold coins stolen on august 15, 2023 | $ 50,000.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe..........  | treadmill, boxing bag boxing gloves weights  work bench  tapes stolen 8/15/23 | $ 3,000.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe..........  | | $ 0.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe..........  | jeans, dress pants, shirts, blouses, leather coat, fur coat, designer shoe wear | $ 50,000.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe..........  | Diamond Earrings  Diamond Rings- Diamond Bracelet-Diamond Tennis Necklace | $ 30,000.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe..........  | toy poodle | $ 3,500.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information. ............  | living  room set, threater room set,hydroponic gardening system, bar an supplies alarm system | $ _unknown_

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................. ➜ | $ 149,000.00

Debtor 1   ELIZABETH _____ THOMAS _____   Case number *(if known)* ___25-11431___
First Name   Middle Name   Last Name

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes .......................................................................................................................................   Cash: ...................... $_____20.00

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes .....................   Institution name:

   | | | | |
   |---|---|---|---|
   | 17.1. Checking account: | Regions Bank | $ | 50.00 |
   | 17.2. Checking account: | | $ | |
   | 17.3. Savings account: | | $ | |
   | 17.4. Savings account: | | $ | |
   | 17.5. Certificates of deposit: | | $ | |
   | 17.6. Other financial account: | | $ | |
   | 17.7. Other financial account: | | $ | |
   | 17.8. Other financial account: | | $ | |
   | 17.9. Other financial account: | | $ | |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes .................   Institution or issuer name:

   _____   $_____
   _____   $_____
   _____   $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☑ No
   ☐ Yes. Give specific information about them........................

   Name of entity:                        % of ownership:
   _____   0% ____%   $_____
   _____   0% ____%   $_____
   _____   0% ____%   $_____

Debtor 1    ELIZABETH            THOMAS       Case number *(if known)* 25-11431

      First Name     Middle Name     Last Name

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
      information about
      them......................

Issuer name:

         $_____

         $_____

         $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
      account separately.

Type of account:     Institution name:

401(k) or similar plan:               $_____

Pension plan:                     $_____

IRA:                                $_____

Retirement account:              $_____

Keogh:                           $_____

Additional account:              $_____

Additional account:              $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes ........................

Institution name or individual:

Electric:                       $_____

Gas:                             $_____

Heating oil:                    $_____

Security deposit on rental unit:     $_____

Prepaid rent:                   $_____

Telephone:                  $_____

Water:                       $_____

Rented furniture:            $_____

Other:                     $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes ........................

Issuer name and description:

         $_____

         $_____

         $_____

---

Debtor 1    ELIZABETH        THOMAS      Case number *(if known)*   25-11431

First Name     Middle Name     Last Name

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program**.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ................................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____ $_____

_____ $_____

_____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them.... $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them.... $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them.... $_____

---

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:   $_____

State:   $_____

Local:   $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No

☑ Yes. Give specific information.............

I received monthy  support  from my son

Alimony:   $_____

Maintenance:   $_____

Support:   $_____600.00_____

Divorce settlement:   $_____

Property settlement:   $_____

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information.............

$_____670.00_____

---

Debtor 1    ELIZABETH                    THOMAS                    Case number *(if known)*  25-11431
        First Name    Middle Name        Last Name

---

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance company
        of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | | | $ |
    | | | $ |
    | | | $ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information..............        $_____ 0.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim. ...................   sEE ATTACHED      $  unknown

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No
    ☑ Yes. Describe each claim. ...................   SEE ATTACHED      $_____unknown_____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information............        $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................   ➔   $_____

---

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☑ No
    ☐ Yes. Describe.......        $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☑ No
    ☐ Yes. Describe.......        $_____

---

Debtor 1    ELIZABETH        THOMAS        Case number *(if known)* 25-11431

        First Name      Middle Name      Last Name

---

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe...... [_____]    $_____

41. **Inventory**

☑ No

☐ Yes. Describe....... [_____]    $_____

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.......    Name of entity:    % of ownership:

      _____    _____%    $_____

      _____    _____%    $_____

      _____    _____%    $_____

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

    ☑ No

    ☐ Yes. Describe....... [_____]    $_____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........    _____    $_____

      _____    $_____

      _____    $_____

      _____    $_____

      _____    $_____

      _____    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................... ➔    $_____ 0.00

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☑ No

☐ Yes ...................... [_____]    $_____ 0.00

---

Debtor 1    ELIZABETH _____ THOMAS _____    Case number *(if known)* 25-11431
First Name     Middle Name      Last Name

48. **Crops—either growing or harvested**
☑ No
☐ Yes. Give specific
information............  $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes ....................  $ _____

50. **Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes  $ _____

51. **Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes. Give specific
information............  $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................  ➔  $ _____ 0.00

---

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes. Give specific
information............  $ _____
$ _____
$ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................  ➔  $ _____ 0.00

---

## Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** .................................................................................  ➔  $ _____ 495,782.00

56. **Part 2: Total vehicles, line 5**   $ _____ 4,811.00

57. **Part 3: Total personal and household items, line 15**   $ _____ 149,000.00

58. **Part 4: Total financial assets, line 36**   $ _____ 6 70.00

59. **Part 5: Total business-related property, line 45**   $ _____ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $ _____ 0.00

61. **Part 7: Total other property not listed, line 54**   + $ _____ 0.00

62. **Total personal property.** Add lines 56 through 61. ....................  $ _____ 15981.00   Copy personal property total ➔ + $ _____ 153,981.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 ...............................................................  $ _____ 649,763.00

## Pending Lawsuits

| | |
|---|---|
| Elizabeth Thomas vs.  MTH Lending Group LP Primary Residential  Mortgage Inc. Stewart Title Company Meritage Homes Corporation ,Mary Alice-Lester and Meritage Homes of Texas LLC And Stewart Title Company Guarantee | 333rd District  Court Harris County, Texas

Case No. **2016-87941** |

**Causes of Action**: On October 19, 2007, the debtor obtained a loan from MTH Lending Group LLC. to facilitate the purchase of the real property located at 820 Terra Valley Lane, Tomball Tx.77375 priced at $229.400. secured by a Texas Home Equity Security Instrument to Flagstone Lending Group L.P., MTH partner as the lender ("Deed of Trust"). Primary Residential Mortgage also claims to have funded debtor with a Fannie Mae loan to purchase the said property on October 19, 2007, in the amount of $239,400.00;  FLAGSTONE    LENDING    GROUP   a Corporation organized and existing under the laws of the State of Utah claims to have wired funds in the amount of $239,400 to Stewart Title Company on October 19, 2007, for a purchase money to fund debtor purchase price. Three loans for a single house on the same day impossible

**Value:** Unknown

| | |
|---|---|
| Elizabeth Thomas vs.  MTH Lending Group LP Primary Residential  Mortgage Inc. Stewart Title Company Meritage Homes Corporation ,Mary Alice-Lester and Meritage Homes of Texas LLC | 333rd District  Court Harris County, Texas

Case No. **2017-76078** |

**Causes of Action**: Same as above .

**Value:** Unknown

| | |
|---|---|
| In re: P.C.F. Properties in TX, LLC., | 80th District Court Harris County, Texas Case No. **2020-35780** |

**Cause of Action**: This entity attempted to erase the debtor change of title to the property by  claiming that certain deeds were fraudulent. The court did not find any of the deeds fraudulent the case is on appeal in the process of being dismissed.

**Value:** Unknown

Ernesto Simpson et al.,vs, Harris County,          Civil County Court
Mark Herman Constable Harris County          at Law (2)
Precinct 1, Deputy Roman Ruiz Harris           Case No. **1254014**
County Precinct 4,

**Cause of Action:**  Parties claim that on August 15, 2023, Deputy Roman Ruiz commence an illegal eviction by taking  an  old expired "Writ of Possession" and altered it or cause it to be altered by changing delivery date to August 15, 2023, this gives the false appearance on paper that a clerk of court has issued the writ on said date by order of a court at law and cause an constable to deliver it to Precinct 4 on said date for execution . When fact no clerk of court issue the August 15, 2023 writ on August 15, 2023, by order of any court at law. Upon information an belief Deputy Ruiz issue the fake writ himself and cause the debtors, jewelry, gold coins, silver coins, furniture and other personal property to be stolen.

**Value:** Unknown

**Pending claims not yet filed.**

Barry & Sewart   PLLC.
David W, Barry
John V. Burger
Anna C. Sewart

**Cause of Action**:  the law firm a are debtor collectors, whom for the last four years have been attempting to collect time barred illegal debt allegedly from FLAGSTONE LENDING GROUP a Corporation organized and existing under the laws of the State of Utah

**Value:** Unknown

Attorney Colleen M. McClure

**Cause of Action:  Malpractice**  The attorney has filed more than dozen legal action and lawsuits in the debtor name without debtor knowledge or consent. Debtor had move for sanctions in prior court proceedings that were denied as McClure claims she did not receive the Motion 21 days before it was, The court whoever ruled that she had been  litigating in the debtor name without her consent

and the court believes it was intentional.

**Value:** Unknown

**Counter Claims**

| | |
|---|---|
| Elizabeth Thomas vs.  MTH Lending Group LP | 333rd District  Court |
| Primary Residential  Mortgage Inc. Stewart Title | Harris County, Texas |
| Company Meritage Homes Corporation ,Mary | |
| and Meritage Homes of Alice-Lester Texas LLC | Case No. **2016 87941** |
| And Stewart Title Company Guarantee | **2017-76078** |

All the above Defendants have filed counter claims against the debtor.

**Value:** Unknown

**Turnover actions and potential lawsuits**

Marilyn Burgess Harris County District Clerk- debtor posted a bond in case that has now been non-suited through an amendment as such the case no later exist. While the clerk is not refusing to release the funds merely a court order is required.

P.C.F. PROPERTIES IN TX, LLC is a Texas limited liability company, after working with Harris County District Attorney Public Corruption Division its believe that this entity unlawfully enter the debtor property on August 15, 2023 and maybe liable for the theft of property.

Debtor will update this list if it becomes necessary

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ELIZABETH | | THOMAS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of New York

Case number: 25-11431
(If known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Hyundai<br>Line from *Schedule A/B*: 3.1 | $4,811.00 | ☐ $4,811.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(A). |
| Brief description: 1 bedroom set<br>Line from *Schedule A/B*: 3.6 | $1,300.00 | ☐ $1,300.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(A). |
| Brief description: 2 TV's<br>Line from *Schedule A/B*: 3.7 − | $1,200.00 | ☐ $1,200.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(A). |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Debtor 1   ELIZABETH _____ THOMAS _____   Case number *(if known)* 25-11431
           First Name    Middle Name    Last Name

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: clothing  Line from *Schedule A/B:* 3.11 | $ 10,000.00 | ☐ $ 10,000.00  ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(A) |
| Brief description: Toy Poddle  Line from *Schedule A/B:* 3.11 | $ 3,500.00 | ☐ $ 3,500.00  ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(A) |
| Brief description: _____  Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |