UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| In re: | Case No. 25-11431 |
| Elizabeth Thomas | Chapter 13 |
| Debtor. | **OBJECTION TO PROOF** |
| _____X | **CLAIMS NO. 6** |

**TO THE HON. JUDGE PHILIP BENTLEY**
**UNITED STATES BANKRUPCTY JUDGE**

Elizabeth Thomas (the "Debtor"), respectfully submits this objection seeking to expunge, and deny proof of claim No. 6 submitted by Jefferson Capital Systems LLC, and for such other and further relief as the Court deems appropriate and in support thereof sets forth the following:

**Background**

1. On June 27, 2025, the undersigned Debtor, filed a voluntary petition case no. 25-11431 (the "Petition Date") seeking relief under the protective provisions of Chapter 13 of Title 11 of the United States Code 11 U.S.C § 101 *et seq*. (the Bankruptcy Code").

**PROOF OF CLAIM # 5.**

2. On August 12, 2025, Jefferson Capital Systems LLC, filed POC#6 (the "Claim"), claiming that an estimated amount of $4,141.30, of unsecured debt is owed. **Exhibit A**

3. Jefferson Capital Systems LLC, other named used is Lending Club Patient Solutions. Debtor is not familiar with the debt.

4. The Proof of Claim No.6 has no last transaction date or last payment date. However the debt was incurred allegedly on March 30, 2021. Debtor seeks the court to expunge this claim as time barred due to statute of limitations.

1 | P a g e

5. The Proof of Claim No.6 filed by Jefferson Capital Systems LLC fails to include sufficient documentation to establish the validity and amount of the alleged debt, as required by Federal Rule of Bankruptcy Procedure 3001(c). The attached documents are incomplete, illegible, or otherwise inadequate to prove that the Debtor(s) owe the claimed amount as there is no contract, itemized statements or payment history.

6. Debtor moves the court to expunge Proof of Claim No.6 filed by Jefferson Capital Systems LLC as barred by statute of limitations.

### Basis for Relief

7. Pursuant to 11 U.S.C. § 502(a), a proof of claim may be objected to by a party n interest. The Debtor is a party of interest an accordingly is suitable to bring this claim objection.

8. Federal Rule of Bankruptcy Procedure 3007 sets forth the procedure for objecting to a claim which Debtor has complied with by bringing this Motion and Notice of Motion and setting a hearing.

9. As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes **prime facie** evidence of the validity and amount of the claim. While a filed proof of claim "is deemed allowed" under section 502(a) of the Bankruptcy Code unless a party in interest objects "once an objectant offers sufficient evidence to overcome the **prime facie** validity of the claim, the claimant is required to meet the usual burden of proof to establish the validity of the claim." *In re Rockefeller Ctr. Props*., 272 B.R. 524, 539 (Bankr. S.D.N.Y. 20002)..

WHEREFORE, the Debtor respectfully request that this Court find that Proof of Claim No.6 filed by Jefferson Capital Systems LLC is expunged for the reasons set forth above and that the Court enter the annexed Order and grant such other relief that it deems just and proper.

3 | Page

Dated:  September 22, 2025.

Respectfully submitted

/s/Elizabeth Thomas

Elizabeth Thomas Self Represented
712 H Street NE # 2487
Washington DC 20002
Tethomas3@aol.com

EXHIBIT-A

**Fill in this information to identify the case:**

Debtor 1: Elizabeth Thomas

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Southern District of New York

Case number: 25-11431

Official Form 410

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Jefferson Capital Systems LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: Lending Club Patient Solu

**2. Has this claim been acquired from someone else?**
☐ No
☒ Yes. From whom? Comenity Bank

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Jefferson Capital Systems, LLC
Name
PO Box 7999
Number   Street
St. Cloud          MN         56302-9617
City               State      ZIP Code

Contact phone: 800-928-7314
Contact email: Bankruptcy@JCAP.com

Where should payments to the creditor be sent? (if different)

Jefferson Capital Systems, LLC
Name
PO Box 772813
Number   Street
Chicago            IL         60677-2813
City               State      ZIP Code

Contact phone: 800-928-7314
Contact email: Bankruptcy@JCAP.com

Reference # for Payment: 3923965621

Uniform claim identifier (if you use one):
J C P B K R 2 5 1 1 4 3 1 N Y S 7 5 0 8 9 0 3 3

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on ___/___/_____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

**Part 2:  Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9 0 3 3

7. How much is the claim?   $_____4,141.30. Does this amount include interest or other charges?
   ☐ No
   ☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Credit Card

9. Is all or part of the claim secured?
   ☒ No
   ☐ Yes.  The claim is secured by a lien on property.
   Nature of property:
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:                     $_____
   Amount of the claim that is secured:   $_____
   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:   $_____

   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. Is this claim subject to a right of setoff?
    ☒ No
    ☐ Yes. Identify the property: _____

Official Form 410                  Proof of Claim                  page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No <br> ☐ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08/12/2025
                 MM / DD / YYYY

/s/ Tina Ochoa
_____
Signature

Print the name of the person who is completing and signing this claim:

Name           Tina Ochoa
               First name    Middle name    Last name

Title          Bankruptcy Specialist

Company        Jefferson Capital Systems, LLC
               Identify the corporate servicer as the company if the authorized agent is a servicer.

Address        200 14th Avenue E
               Number   Street
               Sartell                            MN      56377
               City                               State   ZIP Code

Contact phone  800-928-7314                       Email   Bankruptcy@JCAP.com

Official Form 410                  Proof of Claim                            page 3



**CONTACT INFORMATION**

Jefferson Capital Systems, LLC
Phone: 800-928-7314
Email: Bankruptcy@JCAP.com

*PROOF OF CLAIM - ACCOUNT STATEMENT SUMMARY CREATED* 08/12/2025

ACCOUNT NUMBER: XXXX-XXXX-XXXX-9033                                CASE: 25-11431

NAME: Elizabeth Thomas

**Bankruptcy Rule 3001(c)(2) Balance Statement**

| Principal Balance | $3,850.00 |
|---|---|
| Interest Balance | $20.30 |
| Fee Balance | $271.00 |
| Total Balance as of Bankruptcy Filing | $4,141.30 |

**Bankruptcy Rule 3001(c)(3)(A) Statement**

| Original Creditor | Lending Club Patient Solu |
|---|---|
| Purchased From | Comenity Bank |
| Last Transaction Date | Not Available |
| Last Payment Date | Not Available |
| Charge Off Date | 02/28/2022 |
| Open Date | 03/30/2021 |

**Last Payment Date:** If no payment was made on the account, the last payment date may be not applicable or the account is considered a first-pay default. The last payment date may not be available for all accounts.

**Charge Off Date:** An account may charge off due to a bankruptcy filing or due to non-payment before the bankruptcy filing.

All information concerning this account is based on records or documentation provided to Jefferson Capital Systems, LLC. To request additional information or documentation with respect to the proof of claim to which it attaches, please contact a claim specialist at 800-928-7314 or at bankruptcy@JCAP.com. Some documents may no longer be available, may have been lost or destroyed, or otherwise unavailable.

v.20077

DocuSign Envelope ID: 843C57BD-BC95-498C-9060-C19478FB1323

# EXHIBIT A

## BILL OF SALE

Comenity Capital Bank ("Seller"), for value received and pursuant to the terms and conditions of Credit Card Account Purchase Agreement dated May 22, 2024 between Seller and Jefferson Capital Systems, LLC ("Purchaser"), its successors and assigns ("Credit Card Account Purchase Agreement"), hereby assigns effective as of the File Creation Date of May 24, 2024 all rights, title and interest of Seller in and to those certain Accounts described in Schedule 1 (the "Asset Schedule") attached hereto and made part hereof for all purposes.

Amounts due to Seller by Purchaser in hereunder shall be paid U.S. Dollars by a wire transfer to be received by Seller on (the "Closing Date") May 28, 2024 by 5:30 p.m. Eastern Time, as follows:

This Bill of Sale is executed without recourse except as stated in the Credit Card Account Purchase Agreement to which this is an Exhibit. No other representation of or warranty of title or enforceability is expressed or implied.

**Comenity Capital Bank**

By: *Bruce Sweeten*

Date: 06/17/2024

Title: Chief Credit Officer

**Jefferson Capital Systems, LLC**

By: *Mark Zellmann* (DocuSigned by: 3A0FBC0C9404438...)

Date: 6/17/2024

Title: President