UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

| | |
|---|---|
| In re: | Case No. 25-11431 (PB) |
| Elizabeth Thomas | Chapter 13 |
| Debtor. | **OBJECTION TO PROOF CLAIMS NO. 6** |

_____x

**TO THE HON. JUDGE PHILIP BENTLEY**
**UNITED STATES BANKRUPCTY JUDGE**

### NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that a hearing will be held before the Honorable Philip Bentley at the U.S. Bankruptcy Court, Contact chambers for Zoom Meeting ID, and Password, PB Zoom Videoconference, on November 6, 2025, at 10:00AM to consider Debtor Elizabeth Thomas Objection to Claimant LVNV Funding LLC., ("LVNV") filed POC# 1 & 2.

Claimant LVNV Funding LLC, has 30 days in which to file a response if they do not agree with the objection. If no such response is filed, the court may enter an order upholding the objection. If a response is filed, a hearing may be set.

Participants must register their appearance using the Bankruptcy Court's eCourt Appearance tool at least 48 hours before the hearing. The eCourt Appearance tool is accessible on the Bankruptcy Court's website at https://www.nysb.uscourts.gov/ecourt−appearances. The Court will circulate the Zoom information via email prior to the hearing.

Dated: September 23, 2025.

                                                                         Respectfully submitted

                                                                   */s/Elizabeth Thomas*
                                                        Elizabeth Thomas Self Represented
                                                        712 H Street NE # 2487
                                                        Washington DC 20002
                                                          Tethomas3@aol.com