UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In re:                                                          Case No. **25-11431 (PB)**

    Elizabeth Thomas                                Chapter 13

        Debtor.                                **OBJECTION TO PROOF**
_____x        **CLAIMS NOS. 1 & 2**

**TO THE HON. JUDGE PHILIP BENTLEY**
**UNITED STATES BANKRUPCTY JUDGE**

    Elizabeth Thomas (the "Debtor"), respectfully submits this objection seeking to reclassify, reduce, expunge, or deny proof of claim Nos.1 and 2 submitted by LVNV Funding LLC., ("LVNV") and for such other and further relief as the Court deems appropriate and in support thereof sets forth the following:

### Background

1.   On June 27, 2025, the undersigned Debtor, filed a voluntary petition case no. 25-11431 (the "Petition Date") seeking relief under the protective provisions of Chapter 13 of Title 11 of the United States Code 11 U.S.C § 101 *et seq.* (the Bankruptcy Code").

### PROOF OF CLAIM # 1

2.   On July 9, 2025, LVNV Funding LLC., ("LVNV") filed POC# 1 ( the "Claim"),claiming that an estimated amount of $4,173.38, of unsecured debt is owed.  **Exhibit A**

3.   LVNV Funding LLC., ("LVNV") claims to have purchase this debt from Synchrony Bank, whom the debtor has on numerous occasions disputed this debt and Synchrony Bank has refused to verify this debt.

4.   The Proof of Claim No.1 filed by LVNV Funding LLC., ("LVNV") fails to include sufficient documentation to establish the validity and amount of the alleged debt, as required by Federal Rule of Bankruptcy Procedure 3001(c). The attached documents are incomplete,

illegible, or otherwise inadequate to prove that the Debtor(s) owe the claimed amount as there is no contract, itemized statements or payment history, and date the debt accursed to determine if this debt is barred by statute of limitations.

5.   The Debtor denies being liable for Claim No.1 a debt claimed by LVNV Funding LLC., ("LVNV"). Debtor moves the court to expunge it.

## PROOF OF CLAIM #2

6.   On July 9, 2025, LVNV Funding LLC., ("LVNV") filed POC#2 ( the "Claim"),claiming that an estimated amount of $1,570.38, of unsecured debt is owed.  **Exhibit B.**

7.   Debtor does not dispute this debt to Ashley Furniture, whoever denies that the estimated amount of $1,570.38, of unsecured debt is owed, as there is insufficient documentation for Debtor to determine the balance due without proof of the writing the claim is based on, a contract, itemized statements and payment history and dates the debt accursed or date last payment made. Debtor disputes that the last payment date is accurate and seeks an accounting.

## Relief Requested

8.   The Debtor seeks an Order expunging the claim with respect to the amounts owed on Claims No. 1.  Debtor seeks an accounting and payment history as to Claims No. 2.

## Basis for Relief

9.   Pursuant to 11 U.S.C. § 502(a), a proof of claim may be objected to by a party n interest. The Debtor is a party of interest an accordingly is suitable to bring this claim objection.

10. Federal Rule of Bankruptcy Procedure 3007 sets forth the procedure for objecting to a claim which Debtor has complied with by bringing this Motion and Notice of Motion and setting a hearing.

11.    As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes **prime facie** evidence of the validity and amount of the claim. While a filed proof of claim "is deemed allowed" under section 502(a) of the Bankruptcy Code unless a party in interest objects "once an objectant offers sufficient evidence to overcome the **prime facie** validity of the claim, the claimant is required to meet the usual burden of proof to establish the validity of the claim." *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2002).

12.    Debtor disputes and denies being liable for Claim No.1 a debt claimed by LVNV Funding LLC., ("LVNV"). Debtor moves the court to expunge it.

13.    Debtor does not dispute the debt in Claim No. 2 to Ashley Furniture, however denies that the estimated amount of $1,570.38 is owed and seeks an accounting.

WHEREFORE, the Debtor respectfully request that this Court find that the Court find that the estimated amounts owed to the LVNV Funding LLC., ("LVNV") on the Claim be expunged or reduce for the reasons set forth above and that the Court enter the annexed Order grant such other relief that it deems just and proper.

Date: September 22, 2025.

Respectfully submitted

/s/Elizabeth Thomas

Elizabeth Thomas Self Represented
712 H Street NE # 2487
Washington DC 20002
Tethomas3@aol.com

**Fill in this information to identify the case:**

Debtor 1    ELIZABETH THOMAS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN    District of    NY
(State)

Case number    25-11431

EXHIBIT-A

Official Form 410

# Proof of Claim

04/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to
make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any
documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments,
mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available,
explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current
creditor?**

LVNV Funding, LLC

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been
acquired from
someone else?**

☐ No
☑ Yes.  From whom?    Resurgent Acquisitions LLC

**3. Where should notices
and payments to the
creditor be sent?**

Federal Rule of
Bankruptcy Procedure
(FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Resurgent Capital Services
Name

PO Box 10587
Number        Street

Greenville, SC    29603-0587
City                    State            ZIP Code

Contact phone    (877) 264-5884

Contact email    askbk@resurgent.com

Uniform claim identifier (if you use one):
RSG-00248-786668496

**Where should payments to the creditor be sent?** (if
different)

Name

Number        Street

City                    State            ZIP Code

Contact phone

Contact email

**4. Does this claim amend
one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM  / DD  / YYYY

**5. Do you know if anyone
else has filed a proof
of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No <br> ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __7205__ ____ ____ ____ |

7. **How much is the claim?**    $ 4,173.38     . **Does this amount include interest or other charges?**

       ☐ No

       ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

__Retail__

9. **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

     **Nature of property:**

     ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

     ☐ Motor vehicle

     ☐ Other. Describe: _____

     **Basis for perfection:** _____

     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

     **Value of property:**        $_____

     **Amount of the claim that is secured:**      $_____

     **Amount of the claim that is unsecured:**    $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

     **Amount necessary to cure any default as of the date of the petition:**    $_____

     **Annual Interest Rate** (when case was filed) _____ %

     ☐ Fixed

     ☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

Official Form 410             **Proof of Claim**             page 2

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No | |
| | ☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   7/9/2025
                   MM / DD / YYYY

/s/ David Lamb
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | David Lamb | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Claims Processor | | |
| Company | Resurgent Capital Services | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | PO Box 10587 | | |
| | Number        Street | | |
| | Greenville, SC    29603-0587 | | |
| | City | State | ZIP Code |
| Contact phone | (877) 264-5884 | Email | askbk@resurgent.com |



PO Box 10587<br>
Greenville, SC  29603-0587

Phone:  (877) 264-5884<br>
Email:  askbk@resurgent.com

### Proof of Claim

### Account Supplemental Data

<u>Bankruptcy Case Information</u>

| | | | |
|---|---|---|---|
| **Case Number:** | 25-11431 | **District:** | SOUTHERN DISTRICT OF NEW YORK |
| **Chapter:** | 13 | **Filer:** | ELIZABETH THOMAS |
| **Petition Date:** | 06/27/2025 | **Co-Filer:** | |

<u>Creditor Information</u>

**Current Creditor\*:**  LVNV Funding, LLC

**Original Creditor:**  Synchrony Bank

**Alternative Names (if any) for this creditor:**  CareCredit

**Creditor at time of last transaction:**  Synchrony Bank

<u>Account Information</u>

**Obligor(s):**  Thomas, Elizabeth

**Account Number (redacted):**  7205

**Amount due as of the date the bankruptcy case was filed\*\*:**  $4,173.38

**Amount due as of the date of the Proof of Claim\*\*:**  $4,173.38

| | | | |
|---|---|---|---|
| **Principal Balance\*\*:** | $3,212.14 | **Charge Off Date:** | 05/01/2022 |
| **Interest Balance\*\*:** | $961.24 | **Last Payment Date:** | 10/16/2021 |
| **Fee Balance\*\*:** | $0.00 | **Last Transaction Date:** | 11/04/2021 |
| **Cost Balance\*\*:** | $0.00 | | |

---

\* Resurgent Capital Services services this account on behalf of the current creditor.  Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603-0587
    Telephone No.    (877) 264-5884

\*\* The balance breakdown and itemization above reflects the amounts shown on LVNV Funding, LLC's business records.

\*\*\* Please call Resurgent for additional information.



**synchrony**
965 Keller Rd
Altamonte Springs, FL 32714

## BILL of SALE

## Resurgent Acquisitions, LLC (SCBRRCDS)– RF CAD BULK – October 2023

### Transfer Date: 10/21/2023

For value received and in further consideration of the mutual covenants and conditions set forth in the Master Account Sale Agreement (the "Agreement"), dated as of this 13th day of February 2023, by and between Synchrony Bank formerly known as GE Capital Retail Bank; RFS Holding, LLC, Synchrony Card Funding, LLC and Retail Finance Credit Services, LLC., ("Seller") and Resurgent Acquisitions LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Notification Files (as defined in the Agreement and Account Sale Addendum dated 10/3/2023), delivered by Seller to Buyer on or about 21st day of October 2023, and as further described in the Agreement.

The aggregate Sale Balance of the accounts as of the Transfer Date was ███████████

Synchrony Bank

By: _Lynne Fisher_      11/6/2023
Lynne Fisher
Title: SVP Recovery Operations

RFS Holding LLC

By: _Lynne Fisher_      11/6/2023
Lynne Fisher
Title: Duly Authorized Signatory

Synchrony Card Funding, LLC

By: _Lynne Fisher_      11/6/2023
Lynne Fisher
Title: Duly Authorized Signatory

Retail Finance Credit Services, LLC

By: _Lynne Fisher_      11/6/2023
Lynne Fisher
Title: Vice President

## Transfer and Assignment

Resurgent Acquisitions LLC ("RALLC"), without recourse, to the extent permitted by applicable law, hereby transfers, sells, assigns, conveys, grants and delivers to LVNV Funding LLC ("LVNV") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated October 22, 2023 delivered by Synchrony Bank on October 21, 2023 for purchase by RALLC on October 27, 2023. The transfer of the Assets included electronically stored business records.

Dated: **October 27, 2023**

Resurgent Acquisitions LLC
a Delaware Limited Liability Company

By: _____

Name: Jackson Walker
Title:    Authorized Representative

Dated: **October 27, 2023**

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____

Name: Daniel Picciano
Title:    Authorized Representative

## Exhibit A

**Receivables File**

**10.27.23 IC_SCBRRCDS_DMPLA_2023102282525_PLCMNT_EXPORT**

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 965246 | 42575 | N/A |

||||||||||||||||||||||||||||| **2007015772** P/ATTY
2 PGS

**Book:DE 2251** Page:1949-1950

February 16, 2007   09:00:57 AM
Rec:$15.00    Cnty Tax:$0.00    State Tax:$0.00
FILED IN GREENVILLE COUNTY,SC

**Limited Power of Attorney**

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of
Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts
receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of
Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's
officers, designated employees and servants (collectively referred to as "Resurgent") as
Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the
Grantor's name, place and stead as fully and with the same effect as if Grantor were
present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note,
   Title, Judgment, Financing Statement or any other instrument necessary to
   transfer to and vest in Resurgent or its nominee or to protect the rights, title and
   interest of Resurgent in and to any account serviced by Resurgent on behalf of
   Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to
   Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or
   assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer
   ownership of property owned as a result of foreclosure, receipt of quit-claim deed,
   surrender or other form of repossession of any collateral securing accounts
   serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper
   or necessary in asserting, protecting or realizing the Grantor's ownership rights in
   any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any
manner both proper and necessary to effectuate and execute the foregoing powers, and
ratifies every act that Resurgent may lawfully perform in exercising those powers by
virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of
Attorney on this _15th_ day of _January_ , 2007.

GRANTOR: LVNV Funding LLC
By: _____
Name: _Kevin Branigan_
Title: _President_   FEB 1 6 2007

Resurgent Capital Services LP
By: _____
Name: _Michael A Keaton_
Title: _Senior Vice President_

DATE
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF DOCUMENT ON FILE IN THIS OFFICE
_____
REGISTER OF MESNE CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by:
Name: Danette Stovall

Witnessed by: Heather H. Silver
Name:

STATE OF
COUNTY OF

On this, the 13th day of february, 2007, the foregoing instrument was
acknowledged before me, a notary public, in and for the State of South Carolina by the
Kevin Branigan, personally known to me, by me duly sworn, did say that
he/she was a duly authorized signatory for LVNV Funding, LLC.

Notary Public
My Commission Expires _____ My Commission Expires
February 1, 2015

STATE OF
COUNTY OF

On this, the 15 day of february, 2007, the foregoing instrument was
acknowledged before me, a notary public, in and for the State of South Carolina by the
Michael A. Easton _____, personally known to me, by me duly sworn, did say that
he/she was a duly authorized signatory for Resurgent Capital Services LP.

Notary Public
My Commission Expires _____ 1-31-2016

Michelle L. Church
Notary Public
South Carolina
Commission Expires 1/31/2016

FILED FOR RECORD IN GREENVILLE COUNTY,SC ROD
2007015772    Book:DE 2251    Page:1949-1950
February 16, 2007  09:00:57 AM

Timothy J. Nanney

**Fill in this information to identify the case:**

Debtor 1    ELIZABETH THOMAS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN    District of   NY
                                                                      (State)

Case number   25-11431

**EXHIBIT-B**

Official Form 410

# Proof of Claim

04/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| | | |
| --- | --- | --- |
| 1. **Who is the current creditor?** | LVNV Funding, LLC | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor _____ | |
| 2. **Has this claim been acquired from someone else?** | ☐ No<br>☑ Yes.  From whom?   Resurgent Acquisitions LLC | |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| | Resurgent Capital Services<br>Name | _____<br>Name |
| | PO Box 10587<br>Number          Street | _____<br>Number      Street |
| | Greenville, SC    29603-0587<br>City                         State              ZIP Code | _____<br>City                State            ZIP Code |
| | Contact phone   (877) 264-5884 | Contact phone _____ |
| | Contact email   askbk@resurgent.com | Contact email _____ |
| | Uniform claim identifier (if you use one):<br>RSG-00248-786654746  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____    Filed on ____/____/_____<br>                                                                                                    MM / DD / YYYY | |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ | |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|-----|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  5460 ____  ____  ____

**7. How much is the claim?**

$ 1,570.38 _____ . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Retail _____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Official Form 410    **Proof of Claim**    page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    7/9/2025
    MM / DD / YYYY

/s/ David Lamb
Signature

**Print the name of the person who is completing and signing this claim:**

Name    David Lamb
    First name            Middle name            Last name

Title    Claims Processor

Company    Resurgent Capital Services
    Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    PO Box 10587
    Number        Street

    Greenville, SC    29603-0587
    City                State        ZIP Code

Contact phone    (877) 264-5884        Email    askbk@resurgent.com

---

Official Form 410          **Proof of Claim**          page 3



PO Box 10587
Greenville, SC  29603-0587

Phone:  (877) 264-5884
Email:  askbk@resurgent.com

## Proof of Claim

### Account Supplemental Data

Bankruptcy Case Information

**Case Number:**  25-11431

**Chapter:**  13

**Petition Date:**  06/27/2025

**District:**  SOUTHERN DISTRICT OF NEW YORK

**Filer:**  ELIZABETH THOMAS

**Co-Filer:**

Creditor Information

**Current Creditor*:**  LVNV Funding, LLC

**Original Creditor:**  Synchrony Bank

**Alternative Names (if any) for this creditor:**  Ashley Furniture

**Creditor at time of last transaction:**  Synchrony Bank

Account Information

**Obligor(s):**  Thomas, Elizabeth

**Account Number (redacted):**  5460

**Amount due as of the date the bankruptcy case was filed**:**  $1,570.38

**Amount due as of the date of the Proof of Claim**:**  $1,570.38

**Principal Balance**:**  $1,020.25

**Interest Balance**:**  $550.13

**Fee Balance**:**  $0.00

**Cost Balance**:**  $0.00

**Charge Off Date:**  06/15/2022

**Last Payment Date:**  11/05/2021

**Last Transaction Date:**  02/14/2021

---

* Resurgent Capital Services services this account on behalf of the current creditor.  Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603-0587
    Telephone No.    (877) 264-5884

---

** The balance breakdown and itemization above reflects the amounts shown on LVNV Funding, LLC's business records.

---

*** Please call Resurgent for additional information.

USC



**965 Keller Rd**
**Altamonte Springs, FL 32714**

## BILL of SALE

## Resurgent Acquisitions, LLC (SCBRRCDS)– RF CAD BULK – October 2023

### Transfer Date: 10/21/2023

For value received and in further consideration of the mutual covenants and conditions set forth in the Master Account Sale Agreement (the "Agreement"), dated as of this 13th day of February 2023, by and between Synchrony Bank formerly known as GE Capital Retail Bank; RFS Holding, LLC, Synchrony Card Funding, LLC and Retail Finance Credit Services, LLC., ("Seller") and Resurgent Acquisitions LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Notification Files (as defined in the Agreement and Account Sale Addendum dated 10/3/2023), delivered by Seller to Buyer on or about 21st day of October 2023, and as further described in the Agreement.

The aggregate Sale Balance of the accounts as of the Transfer Date was ███████████

Synchrony Bank

By: *Lynne Fisher*    11/6/2023
Lynne Fisher
Title: SVP Recovery Operations

RFS Holding LLC

By: *Lynne Fisher*    11/6/2023
Lynne Fisher
Title: Duly Authorized Signatory

Synchrony Card Funding, LLC

By: *Lynne Fisher*    11/6/2023
Lynne Fisher
Title: Duly Authorized Signatory

Retail Finance Credit Services, LLC

By: *Lynne Fisher*    11/6/2023
Lynne Fisher
Title: Vice President

### Transfer and Assignment

Resurgent Acquisitions LLC ("RALLC"), without recourse, to the extent permitted by applicable law, hereby transfers, sells, assigns, conveys, grants and delivers to LVNV Funding LLC ("LVNV") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated October 22, 2023 delivered by Synchrony Bank on October 21, 2023 for purchase by RALLC on October 27, 2023. The transfer of the Assets included electronically stored business records.

Dated: **October 27, 2023**

Resurgent Acquisitions LLC
a Delaware Limited Liability Company

By: _____

Name: Jackson Walker
Title: Authorized Representative

Dated: **October 27, 2023**

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____

Name: Daniel Picciano
Title: Authorized Representative

**Exhibit A**

## Receivables File
**10.27.23 IC_SCBRRCDS_DMPLA_2023102282525_PLCMNT_EXPORT**

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 965246 | 42575 | N/A |



**2007015772**  P/ATTY
2 PGS
**Book:DE 2251  Page:1949-1950**
February 16, 2007  09:00:57 AM
Rec:$15.00    Cnty Tax:$0.00    State Tax:$0.00
**FILED IN GREENVILLE COUNTY,SC**

### Limited Power of Attorney

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of
Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts
receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of
Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's
officers, designated employees and servants (collectively referred to as "Resurgent") as
Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the
Grantor's name, place and stead as fully and with the same effect as if Grantor were
present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note,
   Title, Judgment, Financing Statement or any other instrument necessary to
   transfer to and vest in Resurgent or its nominee or to protect the rights, title and
   interest of Resurgent in and to any account serviced by Resurgent on behalf of
   Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to
   Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or
   assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer
   ownership of property owned as a result of foreclosure, receipt of quit-claim deed,
   surrender or other form of repossession of any collateral securing accounts
   serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper
   or necessary in asserting, protecting or realizing the Grantor's ownership rights in
   any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any
manner both proper and necessary to effectuate and execute the foregoing powers, and
ratifies every act that Resurgent may lawfully perform in exercising those powers by
virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of
Attorney on this _15th_ day of _January_ , 2007.

GRANTOR: LVNV Funding LLC
By: _____
Name: Kerin Branigan
Title: President          FEB 1 6 2007

Resurgent Capital Services LP
By: _____
Name: Michael A Keaton
Title: Senior Vice President

DATE
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF DOCUMENT ON FILE IN THIS OFFICE
_____
REGISTER OF MESNE CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: _D. Stovall_
Name: _Danette Stovall_

Witnessed by: _Heather H. Silver_
Name: _Heather H. Silver_

STATE OF
COUNTY OF

On this, the 13th day of _February_, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of _South Carolina_ by the _Kevin Branigan_, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

Notary Public
My Commission Expires _____

My Commission Expires
February 1, 2015

STATE OF
COUNTY OF

On this, the 15 day of _February_, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of _South Carolina_ by the _Michael A. Easton_, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

Notary Public
My Commission Expires _1-31-2016_

Michelle L. Church
Notary Public
South Carolina
Commission Expires 1/31/2016

FILED FOR RECORD IN GREENVILLE COUNTY,SC ROD
2007015772    Book:DE 2251    Page:1949-1950
February 16, 2007  09:00:57 AM

Timothy J. Manney