UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 13 |
| **ELIZABETH THOMAS**, *et al.*,[1] | Case No. 25-11431-PB-13 |
| Debtors. | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Jonathan Stemerman, hereby request admission *pro hac vice* in the above-referenced Chapter 13 case before The Honorable Philip Bentley to represent the P.C.F. Properties in TX, LLC, a creditor in the above referenced case. I certify that I am a member in good standing of the bar of the States of Delaware and Pennsylvania and the bar of the United States District Court for the District of Delaware, the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals, Third Circuit. I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: September 23, 2025
     New York, New York

*/s/ Jonathan M. Stemerman*
Jonathan M. Stemerman
**ARMSTRONG TEASDALE LLP**
1007 North Market Street
Wilmington, Delaware 19801
Telephone:   (302) 416-9670
Email:       jstemerman@atllp.com

*Proposed Counsel for* Creditor P.C.F. Properties in TX, LLC

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (___) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

# ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Heidi M. Hockberger, to be admitted *pro hac vice* to represent the Debtors and Debtors in Possession in the above-referenced chapter 11 cases, and upon the movant's certification that she is a member in good standing of the bar of the State of Illinois, it is hereby:

**ORDERED** that Heidi M. Hockberger, is admitted to practice *pro hac vice* in the above-captioned cases to represent the Debtors and Debtors in Possession in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated:_____, 2022

                                                    THE HONORABLE [●]
                                                    UNITED STATES BANKRUPTCY JUDGE

_____