**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| **ELIZABETH THOMAS**, *et al.*,[1] | ) | Case No. 25-11431-PB-13 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Jonathan Stemerman, to be admitted, ***pro hac vice***, to represent P.C.F. Properties in TX, LLC, (the "Client") a Creditor in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bars in the States of Delaware and Pennsylvania and the bars of the U.S. District Courts for the Districts of Delaware, Eastern Pennsylvania, and the U.S. Court of Appeals, Third Circuit, it is hereby

**ORDERED**, that Jonathan Stemerman, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York      /s/ _____
                                    UNITED STATES BANKRUPTCY JUDGE