UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| In re: | Case No. 25-11431 |
| Elizabeth Thomas | Chapter 13 |
| Debtor. | MOTION TO EXPUNGE |
| _____x | PROOF OF CLAIM NO. 3 |

**TO THE HON. JUDGE PHILIP BENTLEY**
**UNITED STATES BANKRUPCTY JUDGE**

Elizabeth Thomas (the "Debtor"), respectfully submits this objection seeking to expunge proof of claim No. 3 submitted by Internal Revenue Service ("IRS"), and for such other and further relief as the Court deems appropriate and in support thereof sets forth the following:

**Background**

1. On June 30, 2025, the undersigned Debtor, filed a voluntary petition case no. 25-11431 (the "Petition Date") seeking relief under the protective provisions of Chapter 13 of Title 11 of the United States Code 11 U.S.C § 101 *et seq*. (the Bankruptcy Code").

**PROOF OF CLAIM #3**

2. On July 10, 2025, the Internal Revenue Service ("IRS"), filed POC# 3(the "Claim"), claiming that an estimated amount of $ 17,577.28 of general unsecured were owed for income tax year of 2008. **Exhibit A- POC#3.**

3. According to the claim, the IRS determined that the amounts owed by the Debtor who did not file returns for the applicable year of 2008.

4. Debtor was unemployed and did not have any other source of income that met the IRS's filing threshold for 2008, as the debtor received SSDI income for the 2008, and was not required to file a federal tax return and did not owe taxes. **Exhibit B** (Declaration) and **Exhibit C** (Social Security Statement).

1 | Page

5. The Debtor has made numerous requests for the IRS to provide wage and income transcript for the 2008 tax year. This transcript includes data from information returns such as Forms W-2, 1099, 1098, and 5498, without a response.

6. The general rule that the IRS has 10 years from the July 25, 2011 which is the date of assessment to collect a tax debt is a core principle of federal tax law. This time limit, known as the Collection Statute Expiration Date (CSED), is established by Internal Revenue Code § 6502(a).

## Relief Requested

7. The Debtor seeks an Order expunging the claim with respect to the amounts owed for income tax year 2008.

## Basis for Relief

8. Pursuant to 11 U.S.C. § 502(a), a proof of claim may be objected to by a party n interest. The Debtor is a party of interest an accordingly is suitable to bring this claim objection.

9. Federal Rule of Bankruptcy Procedure 3007sets forth the procedure for objecting to a claim which Debtor has complied with by bringing this Motion and Notice of Motion and setting a hearing.

10. As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes **prime facie** evidence of the validity and amount of the claim. While a filed proof of claim "is deemed allowed" under section 502(a) of the Bankruptcy Code unless a party in interest objects "once an objectant offers sufficient evidence to overcome the **prime facie** validity of the claim, the claimant is required to meet the usual burden of proof to establish the validity of the claim." *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 20002).

11. The Debtor asserts that since she did not receive any taxable income during the tax year

of 2008, she does not owe the IRS for this period.

      WHEREFORE, the Debtor respectfully request that this Court find that the Court find that the estimated amounts owed to the IRS for the tax year of 2008 on the Claim be expunged for the reasons set forth above and that the Court enter the annexed Order and grant such other relief that it deems just and proper.

      Dated: October 6, 2025.

      Respectfully submitted

*/s/Elizabeth Thomas*
Elizabeth Thomas Self Represented
712 H Street NE # 2487
Washington DC 20002
Tethomas3@aol.com

EXHIBIT-A

**Fill in this information to identify the case:**

Debtor 1     ELIZABETH THOMAS

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN District of NEW YORK                    (State)

Case number   25-11431-PB

Official Form 410

# Proof of Claim                                                                                                     04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**
Department of Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)
Creditor Number: 8591424

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Internal Revenue Service
Name
P.O. Box 7346
Number      Street
Philadelphia            PA          19101-7346
City                   State        ZIP Code

Contact phone   1-800-973-0424
Contact email   _____

Where should payments to the creditor be sent? (if different)

Internal Revenue Service
Name
P.O. Box 7317
Number      Street
Philadelphia            PA          19101-7317
City                   State        ZIP Code

Contact phone   1-800-973-0424
Contact email   _____

Uniform claim identifier (if you use one):
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes.  Claim number on court claims registry (if known) _____   Filed on ___/___/_____
                                                                          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes.  Who made the earlier filing? _____

Official Form 410                            Proof of Claim                                 page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment ___ ___ ___ ___

**7. How much is the claim?**     $_____17,577.28_____.  **Does this amount include interest or other charges?**

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_Taxes_____

**9. Is all or part of the claim secured?**

☑ No
☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**:                     $_____
**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

☐ No
☑ Yes. Identify the property: See attachment _____

Official Form 410                               **Proof of Claim**                               page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No <br> ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 04/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  07/10/2025
              MM / DD / YYYY

/s/ KIMBERLEY HEINTZ-BONGERMINO
Signature

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | KIMBERLEY | HEINTZ-BONGERMINO |
| | First name    Middle name | Last name |
| Title | Bankruptcy Specialist | |
| Company | Internal Revenue Service | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | 290 Broadway | |
| | Number      Street | |
| | New York | NY    10007 |
| | City | State    ZIP Code |
| Contact phone | 518-242-5420 | Email kimberley.r.heintz-bongermino@irs.gov |

Official Form 410                                **Proof of Claim**                                page 3

## Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** ELIZABETH THOMAS
712 H. ST. NE
2487
WASHINGTON, DC 20002



Form 410
Attachment

| Case Number |
|---|
| 25-11431-PB |
| Type of Bankruptcy Case |
| CHAPTER 13 |
| Date of Petition |
| 06/27/2025 |

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-7508 | INCOME | 12/31/2008 | 07/25/2011 | $7,198.71 | $8,781.87 |
|  |  |  |  | $7,198.71 | $8,781.87 |

Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $1,596.70

**Total Amount of Unsecured General Claims:**   $17,577.28

**EXHIBIT-B**

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In re:                                                                    Case No. 25-11431

    Elizabeth Thomas                                            Chapter 13

       Debtor.                                                      **MOTION TO EXPUNGE**
_____x     **PROOF OF CLAIM NO. 3**

## DECLARATION OF DEBTOR

I Elizabeth Thomas the undersigned hereby declare the following under penalty of perjury:

1. I am the debtor in the above captioned case.

2. My only source of income is social security benefits.
.
3. I did not file 2008 Tax Returns as I am not required to by law


**Signed this 6th day of October 2025.**


    /s/ Elizabeth Thomas

EXHIBIT-C

# my Social Security

Elizabeth Thomas                                                                                   Sign Out

Home > Earnings Record

# Earnings Record

## Review your Earnings Record

**Your benefits are based on your earnings.** If our records are wrong, you may not receive all the benefits to which you're entitled.

Use your own records to make sure our information is correct, and that we've recorded each year you worked. If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

⌄ Review your earnings record carefully.

⌃ Limits on Taxable Earnings for Social Security

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit usually increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, all of your earnings are taxed for Medicare.)

**Note:** Currently, you and your employer each pay a 6.2 percent Social Security tax on up to $176,100 of your earnings and a 1.45 percent Medicare tax on all your earnings. If you are self-employed, you pay the combined employee and employer amount, which is a 12.4 percent Social Security tax on up to $176,100 of your net earnings and a 2.9 percent Medicare tax on your entire net earnings. If you have earned income of more than $200,000 ($250,000 for married couples filing jointly), you must pay 0.9 percent more in Medicare taxes.

⌄ Why would earnings be missing from my record?

ⓘ **See something that doesn't match with your records?** If there's a mismatch between your records and the earnings listed, contact us to request a correction.

| Work Year | Taxed Social Security Earnings | Taxed Medicare Earnings |
|---|---|---|
| 2024 | $0 | $0 |
| 2023 | $0 | $0 |

⌃ Get Help

| Work Year | Taxed Social Security Earnings | Taxed Medicare Earnings |
|---|---|---|
| 2022 | $0 | $0 |
| 2021 | $0 | $0 |
| 2020 | $0 | $0 |
| 2019 | $0 | $0 |
| 2018 | $0 | $0 |
| 2017 | $0 | $0 |
| 2016 | $0 | $0 |
| 2015 | $0 | $0 |
| 2014 | $0 | $0 |
| 2013 | $0 | $0 |
| 2012 | $0 | $0 |
| 2011 | $0 | $0 |
| 2010 | $0 | $0 |
| 2009 | $0 | $0 |
| 2008 | $0 | $0 |
| 2007 | $0 | $0 |

UNITED STATE BANKRUPTCY COURT
SOUNTHERN DISTRICT OF NEW YORK
_____X

In re:                                                                                  Case No. 25-11431 (PB)

   Elizabeth Thomas                                                       Chapter 13

       Debtor.
_____X

## ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 3

The Objection to Proof of Claim filed by Elizabeth Thomas (the "Debtor"), regarding Claim No. 3 (the "Objection,") filed by Internal Revenue Service ("IRS"), (the "Claim"), came before the Court for consideration after notice and a hearing. The Court, having reviewed the Objection and any response filed, and good cause having been shown, finds it appropriate to sustain the Objection.

*IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:*

1.   The Objection is sustained.

2.   Proof of Claim No. 3.

3.   Claim Number 3, filed by Internal Revenue Service ("IRS"), is **disallowed in its entirety** and shall be expunged from the claims register of this bankruptcy case.

So Ordered.


   Signed_____2025.



                                                           _____
                                                           **HON. JUDGE PHILIP BENTLEY**
                                                           **UNITED STATES BANKRUPCTY JUDGE**