**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Elizabeth Thomas                          CASE NO.: 25–11431–pb

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 13
xxx–xx–7508

---

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE that the Confirmation Hearing, Objection to Confirmation, Motion to Dismiss and Reply to Objection to Confirmation and Motion to Dismiss and Motion to Strike have been adjourned FOR RECORD PURPOSES ONLY to 1/15/2026 at 8:30am.

Dated: October 10, 2025                          Vito Genna
                                                 Clerk of the Court