**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Elizabeth Thomas | CASE NO.: 25–11431–pb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–7508 | CHAPTER: 13 |

---

## NOTICE OF HEARING

Notice of Hearing to consider the Motion to Dismiss Case filed by Elizabeth Thomas (related document(s)[48]). Hearing to be held on 11/6/2025 at 09:00 AM at Videoconference (ZoomGov) (PB).

All persons using Zoom for Government must register their appearances through the eCourt Appearance tool on the Courts website at https://www.nysb.uscourts.gov/ecourt–appearances by 4:00 p.m. two business days before the scheduled hearing.

Dated: October 31, 2025                                Vito Genna
                                                       Clerk of the Court