UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK DIVISION
_____X

In re:                                                                                          Case No.   25-11431

    Elizabeth Thomas                                                              Chapter 13

    Debtor.
_____x

**NOTICE OF WITHDRAWAL OF NOTICE OF VOLUNTARY DISMISSAL (DO #48)**

    **YOU ARE HEREBY NOTIFIED,** that the NOTICE OF VOLUNTARY DISMISSAL (DOCKET ENTRY NO. 48), is hereby withdrawn as the case is presently pending on appeal.

    Respectfully submitted

    /s/Elizabeth Thomas
    Elizabeth Thomas Pro, Se
    712 H Street NE #2487
    Washington DC 20002
    Tethomas3@aol.com

## CERTIFICATE OF SERVICE

    I certify that this document was duly served upon each creditor on the Amended Matrix and on counsel to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record on November 3, 2025 and upon:

| | |
|---|---|
| **Thomas C. Frost**<br>Chapter 13 Standing Trustee<br>399 Knollwood Rd<br>Suite 102<br>White Plains, NY 10603 | represented **Thomas C. Frost**<br>by Chapter 13 Standing Trustee<br>399 Knollwood Rd<br>Suite 102<br>White Plains, NY 10603<br>914-328-6333<br>Email: info@FrostSDNY13.com |
| *U.S. Trustee*<br>**United States Trustee**<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | |

                                                /s/Elizabeth Thomas

## AMENDED CREDITORS MATRIX

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capitol Systems LLC
P..Box115220
Carrolton Tx., 75011

LVNV Funding LLC
355 S Min Street 300-D
Greenville SC 29601

PCF Properties in Texas LLC
1942 Broadway St. STE 314C
Bolder Co, 80302

PCF Properties in Texas LLC
C/O  Alzadia L. Spires, Esq.
*The Spires Law Firm - Managing Partner*
17515 Spring Cypress Road, Suite C
Cypress, Texas 77429