

Andrew T. Lolli

Direct **T** 212.209.4433  **F** 314.621.5065

November 5, 2025

<u>**VIA CM/ECF**</u>
The Honorable Philip Bentley
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408


Re:       <u>***In re Elizabeth Thomas, C.A. No. 1:25-bk-11431-pb (Chapter 13)***</u>

Dear Judge Bentley,

     I represent P.C.F. Properties in TX, LLC ("P.C.F."), a creditor in the above-referenced Chapter 13 bankruptcy.  On October 26, 2025, debtor Elizabeth Thomas (the "Debtor") filed a voluntary dismissal of her Chapter 13 case.  D.I. 48.  P.C.F. filed a limited objection to the withdrawal, asserting that because the Debtor's bankruptcy was filed in bad faith, the dismissal should be with prejudice and certain conditions placed on any future bankruptcies commenced by the Debtor.  D.I. 57.  The Debtor subsequently filed a notice of withdrawal of her withdrawal of the Chapter 13, asserting that her entire bankruptcy case is stayed because of her appeal (D.I. 52) of this Court's order scheduling an evidentiary hearing and discovery deadlines related to P.C.F.'s objection to the Debtor's proposed Chapter 13 plan.  D.I. 58.

     The hearing on the Debtor's motion to withdraw the Chapter 13 case is scheduled for November 6, 2025 at 9:00 a.m. (the "Hearing").  D.I. 56.  In light of the appeal and various pleadings filed by the Debtor, P.C.F. respectfully requests that the hearing remain on the Court's calendar as, at least, a status conference.

               Respectfully,


               */s/ Andrew Lolli*
               Andrew Lolli


cc:    Elizabeth Thomas (via email)
      Thomas Frost, Chapter 13 Trustee (via CM/ECF and email)
      John Burger (via CM/ECF and email)