UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| In re: | Case No. 25-11431 |
| Elizabeth Thomas | Chapter 13 |
| Debtor. | |

_____X

## DECLARATION OF FILING IN IMPROPER VENUE

I Elizabeth Thomas the undersigned debtor hereby declare the following under penalty of perjury:

1. On October 9, 2025, I testified that there was a error as to my address in that it is:

    4 PENNSYLVANIA PLAZA
    NEW YORK N.Y 10001

IN ERROR LISTED AS:

    6 PENNSYLVANIA PLAZA
    NEW YORK N.Y 10001

2. On October 9, 2025, the sole issue before the court at the hearing was whether I had filed in the proper venue, which was contingent solely upon me releasing my the apartment number for my address.

3. I declare that I am not able to release the apartment number as my landlord for whom I rent room does not approve for this reason I concede the Trustee oral Motion for Dismissal for improper venue.

**Signed this 26th day of October 2025.**

/s/Elizabeth Thomas
Elizabeth Thomas Self Represented
712 H Street NE # 2487
Washington DC 20002
Tethomas3@aol.com

**Certificate of Service**

I Elizabeth Thomas declare under penalty of perjury that on November 15, 2025, I served a true and correct copy of the foregoing upon the parties listed on Amended Matrix or by Electronic Filing via ECF service.

/s/Elizabeth Thomas