UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK DIVISION
_____X

| | |
|---|---|
| In re: | Case No.   25-11431 |
| Elizabeth Thomas | Chapter 13 |
| Debtor. | |

_____x

**NOTICE OF WITHDRAWAL OF NOTICE OF DECLARATION OF IMPROPER VENUE (DOC. #66)**

**YOU ARE HEREBY NOTIFIED,** that the Debtor "Declaration of Improper Venue" is <u>***NOT***</u> a MOTION FOR VOLUNTARY DISMISSAL and is hereby withdrawn, while venue remains improper for the record.

Respectfully submitted

/s/Elizabeth Thomas
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
Tethomas3@aol.com

## CERTIFICATE OF SERVICE

   I certify that this document was duly served upon each creditor on the Amended Matrix and on counsel to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record on November 26, 2025 and upon:

| | |
|---|---|
| **Thomas C. Frost**<br>Chapter 13 Standing Trustee<br>399 Knollwood Rd<br>Suite 102<br>White Plains, NY 10603 | represented **Thomas C. Frost**<br>by Chapter 13 Standing Trustee<br>399 Knollwood Rd<br>Suite 102<br>White Plains, NY 10603<br>914-328-6333<br>Email: info@FrostSDNY13.com |
| *U.S. Trustee*<br>**United States Trustee**<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | |

/s/Elizabeth Thomas