UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK DIVISION

_____X

In re:                                                                                    Case No. 25-11431
        Elizabeth Thomas                                                            Chapter 13
                Debtor
_____X

## NOTICE OF WITHDRAWAL OF CHAPTER 13 PLAN

**PLEASE TAKE NOTICE, that** Elizabeth Thomas (the "Debtor") hereby withdraws any all reference to a Chapter 13 Plan no payments have been made to the Trustee for months.

                                          Respectfully submitted

                                          /s/Elizabeth Thomas
                              Elizabeth Thomas Self Represented
                                   712 H Street NE # 2487
                                     Washington DC 20002
                                          Tethomas3@aol.com

### Certificate of Service

I Elizabeth Thomas declare under penalty of perjury that on January 7, 2026, , I served a true and correct copy of the foregoing Withdrawal of Chapter 13 Plan upon all creditors the parties listed below by Electronic Filing via ECF

                                                      /s/Elizabeth Thomas

1 | P a g e

# AMENDED CREDITORS MATRIX

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capitol Systems LLC
P..Box115220
Carrolton Tx., 75011

LVNV Funding LLC
355 S Min Street 300-D
Greenville SC 29601

PCF Properties in Texas LLC
1942 Broadway St. STE 314C
Bolder Co, 80302

PCF Properties in Texas LLC
C/O  Alzadia L. Spires, Esq.
*The Spires Law Firm - Managing Partner*
17515 Spring Cypress Road, Suite C
Cypress, Texas 77429