UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                :
                                                     :          Chapter  13
                                                     :
ELIZABETH THOMAS                                     :          Case No.  25-11431
                                                     :
     Debtor.                                         :
                                                     :
------------------------------------------------------------x

### EXPARATE MOTION FOR RELEIF FROM STAY

> **THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY.  IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT.  IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT NOT LATER THAN [DATE] AND YOU MUST ATTEND THE HEARING.**
>
> **THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN 7 DAYS PRIOR TO THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING.  IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION**

1.  This Motion request an order from the Bankruptcy Court lifting the bankruptcy stay to peruse litigation in cause Nos. 2016 -87941; 2017-76078- 201782388 in the case styled as Elizabeth Thomas vs. MTH Lending Group LP., Meritage Homes of Texas LLC., Meritage Corporation, Primary Residential Mortgage Inc.,Stewart Title Company, Stewart Guaranty Company, in the 333rd District Court, Harris County, Texas and cause No. 2017-04089, in the case styled as Miramar Lake Homeowners Association vs. Elizabeth Thomas in the 333rd District Court, Harris County, Texas and cause No. 01-24-00682-CV, in the case styled as Elizabeth Thomas vs. MTH Lending Group LP. Meritage Homes of Texas LLC., Meritage Corporation, Primary Residential Mortgage Inc.,Stewart Title Company, in the First Court of Appeals of Houston.

2.  Some of these cases have been pending for more than 10 years now. The debtor has since secured a prominent law firm to represent and litigate these cases or settle.

3. Based on the foregoing, movant seeks termination of the automatic stay to allow litigation in the above-mention state court actions.

Date: January 9,2026                                                                 Respectfully submitted

/s/ **Elizabeth Thomas**
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
Tethomas3@aol.com

### Certificate of Service

I Elizabeth Thomas declare under penalty of perjury that on January 9, 2026, I, served a true and correct copy of the foregoing ExParate Motion to Lift the Stay upon all creditors and counsel by Electronic Filing via ECF

/s/Elizabeth Thomas

1 | P a g e

## AMENDED CREDITORS MATRIX

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capitol Systems LLC
P..Box115220
Carrolton Tx., 75011

LVNV Funding LLC
355 S Min Street 300-D
Greenville SC 29601

PCF Properties in Texas LLC
1942 Broadway St. STE 314C
Bolder Co, 80302

PCF Properties in Texas LLC
C/O  Alzadia L. Spires, Esq.
*The Spires Law Firm - Managing Partner*
17515 Spring Cypress Road, Suite C
Cypress, Texas 77429

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                        :
                                                             :   Chapter  13
                                                             :
ELIZABETH THOMAS                                             :   Case No.  25-11431
                                                             :
    Debtor.                                                  :
                                                             :
-------------------------------------------------------------x

## ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the exparate motion, dated January 9, 2026 (the "Motion"), of Elizabeth Thomas (the "Debtor") , for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code as to the following state court cases.

a. Cause Nos. 2016 -87941; 2017-76078- 2017-82388 in the case styled as Elizabeth Thomas vs. MTH Lending Group LP., Meritage Homes of Texas LLC., Meritage Corporation, Primary Residential Mortgage Inc.,Stewart Title Company, Stewart Guaranty Company, in the 333rd District Court, Harris County, Texas;

b. Cause No.2017-04089, in the case styled as Miramar Lake Homeowners Association vs. Elizabeth Thomas in the 333rd District Court, Harris County, Texas and

c. Cause No. 01-24-00682-CV, in the case styled as Elizabeth Thomas vs. MTH Lending Group LP. Meritage Homes of Texas LLC., Meritage Corporation, Primary Residential Mortgage Inc.,Stewart Title Company, in the First Court of Appeals of Houston.

and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on _____ __, 2026; and the above-captioned having no opposition to the relief requested in the Motion (the "Motion"), and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby:

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to each state court action listed in A, B and C.

_____
United States Bankruptcy Judge