UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK DIVISION
_____X

In re:                                                                    Case No. 25-11431

    Elizabeth Thomas                                                    Chapter 13

    Debtor.
_____X

## NOTICE OF VOLUNTARY DISMISSSAL OF CHAPTER 13 CASE

Debtor, Elizabeth Thomas, regardless of race under Section 1307(b) of the Bankruptcy Code, a Chapter 13 debtor has an **absolute right to dismiss their case** at any time, provided it hasn't been converted from another chapter, though courts interpret this right differently, with the Second Circuit typically affirming this absolute right against a "bad actor" exception, meaning courts must grant dismissal if requested by the debtor. Statutory Right**:** § 1307(b) of the Bankruptcy Code generally mandates dismissal upon the debtor's request if the case started as Chapter 13. **"**Absolute Right" Interpretation**:** The Second Circuit has held that debtors have an absolute right to dismiss, rejecting arguments that bad faith or other issues should prevent dismissal under this section, unlike some other circuits.

Debtor pursuant to 11 U.S.C. §1307 hereby dismiss g this Chapter 13 case; as the case has not been previously converted from a case under another chapter of the Bankruptcy Code,

Because the debtor has filed in the wrong venue this Court may only hear a case in which venue is proper. Pursuant to 28 U.S.C. § 1408(1), venue is proper "in which the domicile, residence, principal place of business in the United States, or principal assets in the United States, of the person or entity that is the subject of such case have been located for the one hundred and eighty days immediately preceding [the petition date]…" Here, venue is not proper pursuant to § 1408(1).

Debtor has requested that the adversary complaint be heard by the district court as to a Non-Existent entity such P.C.F .Properties in TX,LLC., standing to file pleadings into this case as means to have the court fix the case.

          Respectfully submitted

          */s/Elizabeth Thomas*
          Elizabeth Thomas Self Represented
          712 H Street NE # 2487
          Washington DC 20002
          Tethomas3@aol.com

## Certificate of Service

I Elizabeth Thomas declare under penalty of perjury that on January 14, 2026, , I served a true and correct copy of the foregoing Dismissal of Chapter 13 case upon all creditors by Electronic Filing via ECF and upon:

The Honorable Letitia James
New York State Attorney General
28 Liberty St,
New York, NY 10005
Civil Rights Division

The Honorable Alvin Bragg
New York County District Attorney
1 Hogan Place
New York, NY 10013
Public Corruption Unit

/s/Elizabeth Thomas