UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In re:                                                                                  Case No. 25-11431

     Elizabeth Thomas                                                         Chapter 13

     Debtor.
_____X

**NO PRIOR NOTICE OF A HEARING FOR JANUARY 15, 2026**

    **PLEASE TAKE NOTICE,** the debtor Elizabeth Thomas seeks the record to reflect that she was never served with notice of any hearing being held on January 15, 2026. Debtor was serve today with a link from the deputy clerk. Debtor also called the Trustee office and learned that it's a confirmation hearing for which I waive having filed a Notice of Voluntary Dismisal.

    Debtor has no Chapter 13 plan of record to confirm. This case has nothing to do with bankruptcy as the debtor has not made any payments to the Trustee for months instead this is about fixing a case.  The court has ready through comprise made its decisions for the fictitious non-existent entity P.C.F. Properties in TX, LLC., whom even the New York District Attorney Public Corruption Unit/Criminal Division has confirmed does not exist in any of the 50 States of the Union when I wanted to log compliant against said entity.

   On May 5, 2025,   the Honorable George C. Hanks Jr. U.S.D.J., of the U.S. Southern District Court of Texas: Houston Division, as non-suited the entire case involving the property located at 8202 Terra Valley Lane, (Texas) *formerly* styled as *James Allen, Allan Haye and Robert Thomas vs.PCF Investments Inc, its subsidiary PCF Properties in Texas LLC vs. Elizabeth Thomas and James M. Andersen* under *former* cause No. 2020-35780 and ordered the parties realigned as P.C.F.PROPERTIES IN TEXAS LLC., vs. JIREH PITTS et al. in cause No. 2020-35780.

This stops John V. Burger and his client Tony Halaris from constantly attempting to have a lower court through a bribe or otherwise from trying to alter or amend a April 19, 2023judgdment which quieted title to said property to *PCF Properties in Texas LLC* by creating fake a fictitious similar named entities P.C.F. Properties in TX., LLC., to continue ongoing litigation. Moreover after the First Court of Appeals of Houston has already granted *James Allen Robert Thomas* Motion to Voluntary Dismiss the Appeal Due to a Settlement Agreement with *PCF Investments Inc, its subsidiary PCF Properties in Texas LLC.*

As a result Debtor has every right to obey The Honorable George C. Hanks Jr. U.S.D.J., of the U.S. Southern District Court of Texas: Houston Division, orders, as detailed above.

Respectfully submitted

*/s/Elizabeth Thomas*
Elizabeth Thomas Self Represented
712 H Street NE # 2487
Washington DC 20002
Tethomas3@aol.com

## Certificate of Service

    I Elizabeth Thomas declare under penalty of perjury that on January 15, 2026, , I served a true and correct copy of the foregoing Lack of Notice of Hearing upon all creditors the parties listed below by Electronic Filing via ECF

/s/Elizabeth Thomas

EXHIBIT-1

Elizabeth Thomas
712 H Street NE #2487
Washington DC 20002

January 14, 2026

The Honorable **Alvin Bragg**
New York County District Attorney
1 Hogan Place
New York, NY 10013
Public Corruption Unit

The Honorable Letitia James
New York State Attorney General
28 Liberty St,
New York, NY 10005
Civil Rights Division

Re : In Re: Elizabeth Thomas Case No. 25-11431

Dear Honorable **Alvin Bragg**

    I have filed the voluntary dismissal of the Chapter 13 case today and seek to pursue my public corruption RICO complaint against the law firm of Armstrong Teasdale LLP., John V. Burger, Barry & Sewart LLP, and Tony Halris. As explained to the investigator I am presently in bankruptcy case in the U.S. Southern District Bankruptcy Court the whole bankruptcy case is centered on getting the court to illegally fix a prior state court April 19, 2023, judgment.

    Presently the law firm of Armstrong Teasdale LLP., John V. Burger, Barry & Sewart LLP, and Tony Halris, are filing leadings on behalf of fictitious non-existent entity P.C.F. Properties in TX, LLC, that even this office has confirmed is not registered as a LLC in any of the 50 States of the Union.

    Texas Attorney John V. Burger, who I evidence as well as other Texas lawyers and individuals have submitted proof of that he operates by offering bribes. Presently the law firm of Armstrong Teasdale LLP., John V. Burger, Barry & Sewart LLP, and Tony Halris all of whom are dissatisfied with the Honorable Judge George C. Hanks Jr., U.S.D.J., U..S. Southern District of Texas: Houston Division that not only refused to participate with illegally fixing    of April 19,2023, state court judgment but additionally stopped anyone else ability to amend said judgment

   As evidence on April 19, 2023, the 80th District Court, Harris County, Texas in a case formerly styled as *James Allen, Robert Thomas and Allan Haye vs. PCF Investments Inc., its subsidiary PCF Properties in Texas LLC., vs. James M. Andersen and Elizabeth Thomas* under former cause No. 2020-35780, granted PCF Properties in Texas LLC., motion for summary judgment.

  The April 19, 2023,judgment quiet title to the property located at 8202 Terra Valley Lane, Tomball TX, 77375 to PCF Properties in Texas LLC.

Thirty days after the 80th District Court plenary power expired John V. Burger, and Barry & Sewart LLP, commence to complained that on April 19, 2023 the 80th District Court granted judgment in the name of the wrong entity as it should have named P.C.F. PROPERTIES IN TX, LLC a Texas limited liability **instead** of PCF Properties in Texas LLC, whom has never been a Texas limited liability.

On February 18, 2022, P.C.F. PROPERTIES IN TX, LLC a Texas limited liability, the 80th District Court signed the Plaintiff non-suit order removing above said entity from the case as the defendant since they filed no answer, counter-claim or sought any affirmative relief without objection.

Even the 80th District Court Judge was later given the opportunity to amend said judgment by realigning the names of the parties of April 19, 2023,to the April 19, 2023, the court refused to do so.

Because John V. Burger, Barry & Sewart LLP, and Tony Halris kept going before various courts in Texas impersonating PCF Properties in Texas LLC, whom has never been a Texas limited liability, or trying to get another judge to amend the April 19, 2023, judgment and creating fictitious similar named entities to continue ongoing litigation as to the April 19 ,2023, judgment. The Honorable Judge George C. Hanks Jr., U.S.D.J., non-suited the entire case and realigned the parties in cause No. 2020-35780.

I John V. Burger had filed a "case within a case" in the 80th District Court under cause No. 2020-35780, added P.C.F. PROPERTIES IN TX, LLC a Texas limited liability as the Plaintiff vs. Jireh Pitts, et al,  so the Honorable Judge George C. Hanks Jr., U.S.D.J., realigned the parties in cause No. 2020-35780, to P.C.F. PROPERTIES IN TX, LLC vs. JIREH PITTS. This prohibits lower courts from attempting to amend, alter or tamper with the April 19, 2023, judgment.

Armstrong Teasdale LLP., John V. Burger, Barry & Sewart LLP, and Tony Halris, position is that they do not have to adhere to Honorable Judge George C. Hanks Jr., U.S.D., so they have created the similar named non-existent entity P.C.F. Properties in TX. LLC., who is being allowed to file pleadings into my bankruptcy case as a fake creditor  despite the fact that a entity that has no legal existence under state law, it lacks the capacity to be a "creditor" as defined by 11 U.S.C. § 101(10), which requires the claimant to be an "entity.

Purpose of allowing the fictitious entity P.C.F. Properties in TX. LLC, to act as fake creditor is so the bankruptcy courts can a attempt to amend, alter or tamper with the April 19, 2023, judgment and  "fix" the case by issuing a ruling that the non-existent entity P.C.F. Properties in TX. LLC, is the owner of said above mention real property. As evidence by the various recorded deeds there are or were several owners of said property and the non-existent entity P.C.F. Properties in TX. LLC., has never been one of them.

Armstrong Teasdale LLP., John V. Burger, Barry & Sewart LLP, and Tony Halris, has also used the non-existent entity P.C.F. Properties in TX. LLC., to try and get my apartment number so they hang their lynching pictures in the form business cards, flyers and postcards to the front door, and/or violently attack the minor children as they have done on the State of Texas .In federal courts cannot hold in person hearings with John V. Burger, Barry & Sewart LLP, and Tony Halris without first notifying the U.S. Marshals so that they are present in the court and in state court the Houston Police Department has to be notified.

    Armstrong Teasdale LLP., under the guise of setting a fake deposition on behalf of fictitious non-existent entity P.C.F. Properties in TX. LLC and attempted to lure me to his office so I could be violently attacked. As of yesterday they have filed more pleadings in the court as the property has been sold and as I have submitted to your office title report evidencing that on the day I filed for bankruptcy the property was owned by Shelby Spires through a recorded deed June 10, 2024 that had been refiled and corrected . The bankruptcy estate generally includes all the property you owned at the time you filed for bankruptcy

    I have filed my Notice of Voluntary Dismissal of Bankruptcy, as advised I do not communicate with Armstrong Teasdale LLP., John V. Burger, Barry & Sewart LLP, and Tony Halris and have forwarded all threats and communications to this office and to New York Attorney General Office were by civil rights complaint is pending.

    I thank you in advance for your time and efforts is been exhausting dealing with the ongoing criminal activity of Armstrong Teasdale LLP., John V. Burger, Barry & Sewart LLP, and Tony Halris as they attempt to the court to fix the case in favor of fictitious non-existent entity P.C.F. Properties in TX. LLC.

                                           Sincerely

                                           Elizabeth Thomas

1 | P a g e

## AMENDED CREDITORS MATRIX

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capitol Systems LLC
P..Box115220
Carrolton Tx., 75011

LVNV Funding LLC
355 S Min Street 300-D
Greenville SC 29601

PCF Properties in Texas LLC
1942 Broadway St. STE 314C
Bolder Co, 80302

PCF Properties in Texas LLC
C/O  Alzadia L. Spires, Esq.
*The Spires Law Firm - Managing Partner*
17515 Spring Cypress Road, Suite C
Cypress, Texas 77429