UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
In re:                                              Case No. 25-11431
       Elizabeth Thomas                          Chapter 13
                Debtor
_____X

## NOTICE OF HEARING

## MOTION TO WITHDRAW THE REFERENCE BANKRUPCTY CASE

**PLEASE TAKE NOTICE,** that a hearing shall be held on February 26, 2026, at 9:00 a.m. on the motion filed by Debtor Elizabeth Thomas (a "Black Movan ") seeking and Order to Withdraw the Reference as to the "Entire Bankruptcy Proceedings" (the "Motion ") **[ECF No. ]**. The hearing shall be held before a United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that objection, if any, to the Motion must be in writing and filed with the Bankruptcy Court by February 19, 2026, **(**the "Objection Deadline") through the Court's electronic filing system. A copy of the objection must also be served, on the debtor so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE**, that you may appear at the hearing in person, because the known and documented threats of violent with members of a "White Hate Group" or group of "White Supremacist's" Debtor shall appear by phone or by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126

2 | Page

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned or heard without notice other than an announcement at the hearing.

Dated: January 28, 2026.

Submitted By:

*/s/Elizabeth Thomas*
Elizabeth Thomas Self Represented
712 H Street NE # 2487
Washington DC 20002
Tethomas3@aol.com

**Certificate of Service**

I Elizabeth Thomas declare under penalty of perjury that on January 28, 2026, I served a true and correct copy of the foregoing Notice of Hearing on Motion to Withdraw the Reference of Entire Bankruptcy Case upon all creditors by Electronic Filing via ECF.

*/s/Elizabeth Thomas*

1 | P a g e

## AMENDED CREDITORS MATRIX

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capitol Systems LLC
P..Box115220
Carrolton Tx., 75011

LVNV Funding LLC
355 S Min Street 300-D
Greenville SC 29601

PCF Properties in Texas LLC
1942 Broadway St. STE 314C
Bolder Co, 80302

PCF Properties in Texas LLC
C/O  Alzadia L. Spires, Esq.
*The Spires Law Firm - Managing Partner*
17515 Spring Cypress Road, Suite C
Cypress, Texas 77429