USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2026

**IN THE UNITED STATES COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

In Re: Elizabeth Thomas
Debtor

Bankruptcy Case
Case No. 25-11431-pb-13

Elizabeth Thomas
*Appellant*

Vs.

P.C.F. Properties in TX, LLC

Non-Existent Defendant

Case No. 1:26-cv-01611-(MKV)

**NOTICE OF VOLUNARY DISMISSAL OF APPEAL**

Pursuant to F.R.C.P. 41(a)(1) of the Federal Rules of Civil Procedure, the Appellant Elizabeth Thomas hereby give notice that the above-captioned action is voluntarily dismissed.

/s/ **Elizabeth Thomas**
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
Tethomas3@aol.com

**Granted. SO ORDERED.**
The Clerk of Court is respectfully requested to terminate this case.

Date: 10/1/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge